Kamlesh **BANGA**, Plaintiff–Appellant,

v.

**EQUIFAX INFORMATION SERVICES, LLC.,** Defendant–Appellee.

No. 11–15460.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2012.\*

Filed May 24, 2012.

Kamlesh Banga, Vallejo, CA, pro se.

John Anthony Love, Esquire, Brian J. Olson, Esquire, Phyllis B. Sumner, King & Spalding LLP, Atlanta, GA, Thomas P. Quinn, Jr., Nokes & Quinn APC, Laguna Beach, CA, for Defendant–Appellee.

Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Banga's request for oral argument is denied.

## MEMORANDUM **

Kamlesh Banga appeals pro se from the district court's summary judgment in her action alleging violations of the Fair Credit Reporting Act and the California Consumer Credit Reporting Act. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Aguilera v. Baca*, 510 F.3d 1161, 1167 (9th Cir.2007), and we affirm.

The district court properly granted summary judgment on statute of limitations grounds because Banga failed to file her action within two years of when she knew or should have known that defendant disclosed her credit report to third parties for promotional or other improper purposes. *See* 15 U.S.C. § 1681 p (action under Fair Credit Reporting Act must be filed two years after plaintiff discovers the violation or five years after the violation occurs, whichever is earlier); Cal. Civ.Code § 1785.33 (action under California Consumer Credit Reporting Act must be filed within two years after plaintiff knows or should have known of the violation but no more than seven years after the earliest violation).

Banga's remaining contentions, including her alleged claims against Cal State 9 Credit Union, are unpersuasive.

Banga's motion for referral to the court's pro bono program is denied.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

